IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**ANDREW MILLER,**

    **Plaintiff,**

v.                                             **Civil Action No. 3:23-cv-00304**
                                                       **(Judge Joseph R. Goodwin)**

**WILLIAM K. MARSHALL,**
**MEDINA PRUE, LESLIE HILL,**
**MISTY ADAMS, RUSSELL MASTON,**
**MELISSA KIMBLE,**
**JOHN DOES 1-10, and**
**JANE DOES 1-10,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Lesley M. Nash, counsel for the Plaintiff, do hereby certify that on the 31st day of July 2023, I served **"Plaintiff's First Set of Requests for Production of Documents and Requests for Admission to Defendants."** I filed the Certificate of Service with the Clerk of Court using the CM/ECF system. In addition, I served this document on the following recipients by electronic mail, which will provide true and correct copies of the same to the following:

Jonathan M. Calhoun (WVSVB #11134)
Assistant Attorney General
1900 Kanawha Blvd., East
Building 1, Suite W-400
Charleston, WV 25305
Telephone: (304) 558-6828
jonathan.m.calhoun@wvago.gov
*Counsel for Defendants*

                                                                   /s/ *Lesley M. Nash*
                                                                   Lesley M. Nash (WVSB #14158)