IN THE UNITED STATES DISCTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**ANDREW T. MILLER,**

     **Plaintiff,**

**v.**                                                                                                           **Case No. 2:23-cv-304**

**WILLIAM K. MARSHALL, et al.**

     **Defendants.**

## CERTIFICATE OF SERVICE

I, Jonathan M. Calhoun Assistant Attorney General and counsel for Defendants, do hereby certify that on September 8, 2023, I electronically filed this "Certificate of Service" for the "**DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS**" with the Clerk of Court using the CM/ECF system and that by virtue of such electronic filing. Further, I served a true and accurate copy of this document in its entirety on the following recipients by electronic mail:

| | |
|---|---|
| Geffrey T. Blackwell, Attorney at Law<br>Suite 212<br>2001 Columbia Pike<br>Arlington, VA 22204<br>gblackwell@atheists.org | Lydia C. Milnes, Attorney at Law<br>Leslie M. Nash, Attorney at Law<br>Suite 101<br>1029 University Avenue<br>Morgantown, WV 26505<br>lesley@msjlaw.org<br>lydia@msjlaw.org |

                                            **/s/ Jonathan M. Calhoun**
                                            _____
                                            Jonathan M. Calhoun, (WVSB #11134)
                                            Assistant Attorney General
                                            1900 Kanawha Blvd, East
                                            Building 1, Room 400-West
                                            Charleston, WV 25301
                                            Phone: (304) 558-6830
                                            Email: jcalhoun@wvago.gov