IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**ANDREW T. MILLER,**
  *Plaintiff*,

v.                  Civil Action No. 2:23-cv-304
                     Honorable Judge Joseph Goodwin

**WILLIAM K. MARSHALL, MEDINA PRUE,**
**LESLIE HILL, MISTY ADAMS,**
**RUSSELL MASTON, MELISSA KIMBLE,**
**JOHN DOES 1-10, and JANE DOES 1-10,**
  *Defendants.*

## JOINT MOTION TO AMEND SCHEDULING ORDER

NOW COMES Plaintiff, Andrew Miller by counsel, and Defendants Marshall, *et al.*, by counsel, and hereby jointly move to amend the June 1, 2023, Scheduling Order in this action as follows:

1. The discovery completion deadline is extended to October 24, 2023. The deadline is presently set for October 10, 2023.

The parties jointly propose the foregoing amendment in order to permit the parties to conduct good faith settlement negotiations in an attempt to avoid additional unnecessary expenses related to discovery and depositions.

The proposed amendment does not operate to alter the Court's Scheduling Order beyond the foregoing extension. The remainder of the Court's Scheduling Order shall remain in effect.

**Prepared by:**

/s/ *Lesley M. Nash*
Lesley M. Nash (WVSB #14158)
Lydia C. Milnes (WVSB #10598)

Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Telephone: (304) 326-0188
Facsimile: (304) 344-3145
lesley@msjlaw.org
lydia@msjlaw.org
*Counsel for Plaintiff*

Geoffrey T. Blackwell (NJ # 120332014)
*(pro hac vice)*
American Atheists Legal Center
2001 Columbia Pike, #212
Arlington, VA 22204
Phone: (908) 603-8787
gblackwell@atheists.org
*Counsel for Plaintiff*

**Seen and approved by:**

 /s/ Jonathan M. Calhoun
Jonathan M. Calhoun (WVSB #11134)
Assistant Attorney General
1900 Kanawha Blvd., East
Building 1, Suite W-400
Charleston, WV 25305
Telephone: (304) 558-6828
jcalhoun@wvago.gov
*Counsel for Defendants*