**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

ANDREW T. MILLER,

                    Plaintiff,

v.                                     CIVIL ACTION NO.   2:23-cv-00304

WILLIAM K. MARSHALL, et al.,

                    Defendants.

**ORDER**

Pending before the court is the joint motion to amend scheduling order [ECF No. 35].   For good cause shown, the joint motion to amend is **GRANTED**.   It is further **ORDERED** that the deposition and close discovery deadline is extended to **October 24, 2023**.

All other deadlines established in the June 1, 2023, Scheduling Order [ECF No. 23] remain unchanged.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   September 29, 2023

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE