IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**ANDREW MILLER,**

    **Plaintiff,**

v.                                      **Civil Action No. 2:23-cv-00304**
                                               **Honorable Joseph R. Goodwin**

**WILLIAM K. MARSHALL, MEDINA PRUE,
LESLIE HILL, MISTY ADAMS,
RUSSELL MASTON, MELISSA KIMBLE,
JOHN DOES 1-10, and JANE DOES 1-10,**

    **Defendants.**

## DISMISSAL ORDER

    This day came the parties and announced to the Court that all claims between Plaintiff Andrew Miller and Defendants William K. Marshall, Medina Prue, Leslie Hill, Misty Adams, Russell Maston, Melissa Kimble, John Does 1-10, and Jane Does 1-10, have been compromised and settled, and asked that this Court dismiss the case, with prejudice.

    It is therefore **ORDERED** that the claims of all parties set forth in the complaint in the above-styled action are hereby dismissed with prejudice and the action is stricken from the docket.

    It is so **ORDERED.**

DATED:  November 21, 2023

                                                       JOSEPH R. GOODWIN
                                                       UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:


/s/ *Lesley M. Nash*
Lesley M. Nash (WVSB #14158)
Lydia C. Milnes (WVSB # 10598)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Phone: (304) 326-0188
Facsimile: (304) 326-0189
lydia@msjlaw.org
lesley@msjlaw.org
*Counsel for Plaintiff*


Geoffrey T. Blackwell (NJ #120332014)
(*pro hac vice*)
American Atheists Legal Center
1001 Columbia Pike, #212
Arlington, VA 22204
Phone: (908) 603-8787
gblackwell@atheists.org
*Counsel for Plaintiff*


Approved and Submitted by:

/s/ *Jonathan M. Calhoun*
Jonathan M. Calhoun (WVSB #11134)
Assistant Attorney General
1900 Kanawha Blvd., East
Building 1, Suite W-400
Charleston, WV 25305
Telephone: (304) 558-6828
jcalhoun@wvago.gov
*Counsel for Defendants*